# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RUSSELL SHAFFER,

      Defendant.

CR 99-1009 LRR

**ORDER**

_____

      The Petition for Summons for Offender Under Supervision in the above-entitled matter is before the Court. A revocation hearing will be held on **January 21, 2010 at 1:30 p.m.** before the undersigned in Courtroom 1/Building B, 4200 C Street SW, Cedar Rapids, Iowa.

      The Clerk of Court is directed to appoint counsel by personal conversation with the attorney appointed to make certain the attorney is able to serve.

      The Clerk of Court shall send this Order to Defendant at his address per the probation officer and shall notify Defendant of the name and address of the attorney who will represent him. Defendant shall immediately contact his appointed attorney so the attorney can prepare for the hearing.

      Dated this 11th day of January, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA