UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )     Case No.  CR99-1009
                                     )
      v.                             )     APPEARANCE
                                     )
RUSSELL SHAFFER,                     )
                                     )
            Defendant.               )


            COMES NOW the undersigned attorney, David E. Mullin of Mullin & Laverty,

LC, and hereby enters his appearance on behalf of the Defendant, Russell Shaffer.


_/s/ David E. Mullin_
David E. Mullin
MULLIN & LAVERTY, LC
1636 42nd Street NE
Cedar Rapids, Iowa 52402
Phone:  (319) 395-9191
Fax:     (319) 395-9192
E-mail:  dmullin@mullinlaverty.com

ATTORNEYS FOR DEFENDANT
RUSSELL SHAFFER

CERTIFICATE OF SERVICE
The undersigned certifies that a copy of this document was
served on January 12, 2010 on each of the parties or their
attorneys at their addresses of record via ECF.

_/s/ David E. Mullin_

cc:     Russell Shaffer
        AUSA Daniel Tvedt