# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

### EASTERN DIVISION

| UNITED STATES OF AMERICA | HEARING MINUTES    Sealed:    No |
|---|---|
| Plaintiff(s) | Case No.:    99-CR-1009-LRR |
| vs. | Presiding Judge:    Chief Judge Linda R. Reade |
| RUSSELL ALBERT SHAFFER | Deputy Clerk:    Megan Heneke |
| Defendant(s) | Court Reporter:    Patrice Murray        Contract?    No |
| | (If yes, send copy to financial) |
| | Recording:    Yes        Method:    FTR Gold |

| Date: | 01/21/10 | Start: | 1:26 | Adjourn: | 2:00 | | Courtroom: | 1 | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | None | | | Time in Chambers: | None | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Daniel Tvedt | | | | | | | |
| | Defendant(s): | David Mullin | | | | | | | |
| | U.S. Probation: | Amber Lupkes | | | | | | | |
| | Interpreter: | None | | Language: | | Certified: | | Phone | |

| TYPE OF PROCEEDING: | | IS THE HEARING | Contested? | No | Continued from a previous date? | | No |
|---|---|---|---|---|---|---|---|
| DETENTION: | X | OR | REVOCATION: | | OR | PRELIMINARY EXAMINATION | |

| | Moving party: | government | | # | | | |
|---|---|---|---|---|---|---|---|
| | Nature of proceeding: | | | Ruling: | | | |
| | Review of detention or conditions | | | | | | |
| | Revocation of pretrial release | | | | | | |
| | Revocation of supervised release | X | | Release modified. | | | |
| | Preliminary examination | | | | | | |
| | Witness/Exhibit List is | | attached. | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | | | | |
| | Miscellaneous: | | Hearing concluded. | | | | |

Case 2:99-cr-01009-LRR-JSS    Document 43    Filed 01/21/10    Page 1 of 2

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA

Exhibit and Witness List

USA vs. Russell Albert Shaffer

Case No. 99-CR-1009-LRR

| Presiding Judge: Chief Judge Linda R. Reade | | Plaintiff's Attorney: AUSA Dan Tvedt | | Defendant's Attorney: David Mullin | |
|---|---|---|---|---|---|
| Trial Date(s): 01/21/10 | | Court Reporter: Patrice Murray | | Courtroom Deputy: Megan Heneke | |
| Pl # | Def # | Date Offered | Marked | Admitted | Description |
| | A | 01/21/10 | Yes | Yes | (sealed) |
| | B | 01/21/10 | Yes | Yes | (sealed) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |