# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

### EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**  Sealed:  No |
| Plaintiff(s) | Case No.:  2:99-CR-1009 |
| vs. | Presiding Judge:  JON S. SCOLES, Magistrate Judge |
| RUSSELL ALBERT SHAFFER | Deputy Clerk:  Paul Coberly |
| Defendant(s) | Court Reporter:  --          Contract?  -- |
| | (If yes, send copy to financial) |
| | Recording:  Yes     Method:  FTR Gold |

| Date: | 10/6/2010 | Start: | 3:08 PM | Adjourn: | 3:15 PM | Courtroom: | 2, Building B |
|---|---|---|---|---|---|---|---|

| Recesses: | -- | | Time in Chambers: | -- | | Telephonic? | No |
|---|---|---|---|---|---|---|---|

| Appearances: | Plaintiff(s): | AUSA Daniel C. Tvedt | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | David E. Mullin (Defendant appears personally) | | | | |
| | U.S. Probation: | Amy Moser | | | | |
| | Interpreter: | Not required | Language: | -- | Certified: | -- | Phone | - |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|

| ARRAIGNMENT: | | AND/OR | INITIAL APPEARANCE: | X | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Date of indictment: | Petition for Warrant filed 7/19/2010 | |
| Was defendant *Mirandized*? | Yes | |
| Defendant pleaded | -- | |
| Counsel: | Retained: | or | Appointed: | X | FPD/Other: | David E. Mullin |
| Stipulation to discovery plan? | -- | Did defendant provide financial affidavit? | -- | |
| Did the government move for detention? | Yes | Was the defendant detained? | Yes | |
| Was a detention hearing set? | No | Date: | -- | |
| Was a trial date set? | No | Date: | -- | |
| **Witness/Exhibit List is** | -- | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | Miscellaneous: | Revocation hearing set for 10/20/2010 at 8:30 AM before Chief Judge Linda R. Reade. Defendant waives his right to a preliminary and detention hearing at this time.  Defendant may ask for a preliminary/detention hearing at a later date. |
|---|---|---|